UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIDWEST ASSOCIATION OF
HOUSING COOPERATIVES et
al.,

                Plaintiffs,

v.

U.S. DEPARTMENT OF
TREASURY et al.,

                Defendants.

Case No. 24-12949
Honorable Shalina D. Kumar
Magistrate Judge Curtis Ivy, Jr.

**ORDER REGARDING PLAINTIFFS' EMERGENCY MOTION FOR DECLARATORY RELIEF, OR ALTERNATIVELY, PRELIMINARY INJUNCTIVE RELIEF (ECF NO. 17)**

      Currently pending before the Court is Plaintiffs' Emergency Motion for Declaratory Relief, or Alternatively, Preliminary Injunctive Relief. ECF No. 17. At a status conference with the Court on November 25, 2024, the government requested that the motion be held in abeyance pending the outcome of a similar case on appeal in the Eleventh Circuit, which involves the same underlying issue. The Court agrees to hold plaintiffs' motion in abeyance pending the outcome of *National Small Business United v. U.S. Department of the Treasury*, 11th Cir., Case No. 24-10736, provided the

government refrain from arresting, jailing, imprisoning, or imposing civil penalties against plaintiffs or individuals affiliated with plaintiffs for any violation of the challenged statute during the period of abeyance. The parties will immediately notify the Court of any enforcement attempt by the government agency.

The parties shall also immediately notify the Court of the 11th Circuit's ruling in the above-referenced case. The government shall file its response to plaintiffs' motion no later than thirty (30) days from the date of that ruling. Plaintiffs may file a reply within seven (7) days of the filing of the government's response. The parties will appear by telephone for a status conference on January 30, 2025 at 10:30 a.m. A separate notice will issue.

**IT IS SO ORDERED.**

Dated: November 26, 2024

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge